UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLIFFORD J. CHURCH and RANDA A. HUSAIN, on behalf of themselves and those similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COLLECTION BUREAU OF THE HUDSON VALLEY, INC.; and JOHN DOES 1 TO 10,<br><br>*Defendant*. | Civil Action No. 20-3172(MEF)(LDW)<br><br>**ORDER** |

On November 27, 2023, the Court issued an Order (ECF No. 99) dismissing the named Plaintiffs for lack of subject matter jurisdiction. The Order directed the Plaintiffs to file a letter indicating how they intended to proceed.

On December 7, the Plaintiffs filed a letter stating that they would not pursue the case further in federal court. See Letter (December 7, 2023) (ECF No. 100). (The letter, it should be noted, was especially thoughtful as to the relevant issues.)

The Court then issued a brief text order (ECF No. 101) on December 8, directing the Defendant to respond, if it wished, on or before December 13. The Order stated that if the Defendant did not respond, the Court would close the case.

The Defendant did not file any response.

Accordingly, pursuant to this Court's Orders dated November 27, 2023, and December 8, 2023, the case is dismissed without prejudice.

The Clerk of Court is directed to close this matter.

IT IS on this 14th day of December, 2023, so **ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.

1